# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CEDRIC GREENE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:25-CV-00555 CDP |
| ) | |
| PACIFIC SHORE PROPERTY ) | |
| MANAGEMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court are plaintiff Cedric Greene's post-dismissal "Motion to Set Aside Disposition; Objections to Memorandum and Order" and "Motion to Set Aside and Transfer Districts." [ECF Nos. 15 and 16]. Plaintiff's action was dismissed by the Court on April 23, 2025, for lack of proper venue and lack of jurisdiction. [ECF Nos. 3 and 4]. This matter was also dismissed pursuant to 28 U.S.C. § 1915 as malicious. *See id*.

Greene appealed the dismissal to the Eighth Circuit Court of Appeals who summarily affirmed the dismissal on July 11, 2025. *See Greene, Jr., et al. v. Pacific Shore Property Management, et al.*, No. 25-1908 (8th Cir. 2025). Subsequently, the Eastern District of Missouri imposed a pre-filing injunction on Greene due to his abuse of judicial resources in this District. *See In re Cedric Greene*, No. 4:25-MC-00784 SRC (E.D.Mo. 2025).[1]

---

[1] The Eastern District of Missouri has adopted the following filing restrictions, which apply when Greene is self-represented and seeking leave to proceed in forma pauperis, regardless of whether he is proceeding by himself or with another party or parties:

> 1. Greene must obtain leave of Court before initiating any new action. To obtain leave of Court, Greene must file a motion for leave to file a new action, along with a proposed complaint or petition and a proposed application to proceed in district court without prepaying fees or costs. If Greene fails to include these documents, the Court will deny the motion without consideration.

The Court declines to reopen this closed matter and will instruct the Clerk to return plaintiff's filings to him. Plaintiff will not be allowed to file in this closed action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal "Motion to Set Aside Disposition; Objections to Memorandum and Order" and "Motion to Set Aside and Transfer Districts" [ECF Nos. 15 and 16] are **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this matter would not be taken in good faith.

**IT IS FURTHER ORDERED** that the Clerk shall return any future filings made by plaintiff in this case, without docketing them; plaintiff will no longer be allowed to file in this closed action.

Dated this 22nd day of August, 2025.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

---

2. The Clerk of Court will not accept any document from Greene that purports to initiate a new action unless it is accompanied by a court order granting Greene leave to file it.

3. Greene may file a motion for leave to file a new action once per month. If Greene files more than one such motion per month, the Clerk of Court will reject it and return it to him unfiled.